UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS AMACKER,<br>　　　　　Plaintiff,<br>　　v.<br>JOHNSON AND JOHNSON,<br>　　　　　Defendant. | Case No.  16-cv-00851-DMR<br><br>**ORDER RE PLAINTIFF'S SUBMISSION**<br>Re: Dkt. No. 13 |

On March 16, 2016, the court issued an order granting Plaintiff's application to proceed *In Forma Pauperis* and dismissing his complaint, due to numerous deficiencies, with leave to amend by March 31, 2016. [Docket No. 6.]  The court informed Plaintiff that failure to file an amended complaint by March 31, 2016 could result in dismissal of the case without prejudice for failure to prosecute. [Docket No. 6 at 3.]  Plaintiff did not file an amend complaint by March 31, 2016.

On May 2, 2016, the court received additional papers from Plaintiff. [Docket No. 8.]  Those papers did not appear to be an amended complaint.  The court noted that if they were intended to be an amended complaint, they suffered from the same deficiencies identified in the court's prior order.  Further, they were not timely, as they were submitted to the court over a month after Plaintiff's deadline to file an amended complaint.  *Id.*

On May 3, 2016, the court dismissed this action for failure to prosecute and closed the case. [Docket No. 8.]  The court entered a judgment on May 4, 2016. [Docket No. 9.]  Following the dismissal, Plaintiff submitted a number of documents and photos which were received by the court on May 25, 2016.

Plaintiff's complaint has been dismissed.  As the case is now closed, the court will not respond to further submissions filed under this case number.  The clerk is instructed to close the case and to return the papers received by the court on May 25, 2016 to Plaintiff.  If Plaintiff

wishes to pursue new claims related to the topic of the documents he has submitted to the court or any other subject he is free to file a new complaint.

**IT IS SO ORDERED.**

Dated: May 31, 2016

Donna M. Ryu
United States Magistrate Judge